**IN THE SUPREME COURT OF PENNSYLVANIA**

| | |
|---|---|
| IN THE MATTER OF | : No. 2787 Disciplinary Docket No. 3 |
| | : |
| | : No. 46 DB 2021 |
| SARAH RUTH BARNWELL | : |
| | : (Court of Appeals of Maryland, Misc. |
| | : Docket AG No. 54, September Term, |
| | : 2020) |
| | : |
| | : Attorney Registration No. 310402 |
| | : |
| | : (Out of State) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of April, 2021, having been suspended from the practice of law in the State of Maryland for a period of sixty days, and having indicated that she has no objection to the imposition of reciprocal discipline in this Commonwealth, Sarah Ruth Barnwell is suspended from the practice of law in the Commonwealth of Pennsylvania for sixty days. She shall comply with all of the provisions of Pa.R.D.E. 217.